UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JOSHUA L. HAYNES                                                                              PLAINTIFF
#7201

V.                                      No. 4:23-CV-429-JM-JTR

MEADOWS, Lt., White County
Detention Center; STEBBINS,
Inmate Account Treasurer, White
County Detention Center; WHITE
COUNTY DETENTION CENTER;
EDWARDS, Captain, White County
Detention Center; and DEVORE,
Deputy, PCRDF                                                                             DEFENDANTS

## ORDER

The Court has received a Recommendation for dismissal from Magistrate Judge J. Thomas Ray. No objections have been filed, and the time to do so has now passed. After careful review of the Recommendation and the record in this case, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in its entirety.

Plaintiff Joshua L. Haynes's Complaint is DISMISSED, without prejudice. The Court CERTIFIES, pursuant to 28 U.S.C. § 1915(a)(3), that any *in forma pauperis* appeal would not be taken in good faith.

IT IS SO ORDERED this 1st day of November, 2023.

_____
UNITED STATES DISTRICT JUDGE