**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

JOSHUA L. HAYNES                                                                    PLAINTIFF
#7201

V.                                      No. 4:23-CV-429-JM-JTR

MEADOWS, Lt., White County
Detention Center; STEBBINS,
Inmate Account Treasurer, White
County Detention Center; WHITE
COUNTY DETENTION CENTER;
EDWARDS, Captain, White County
Detention Center; and DEVORE,
Deputy, PCRDF                                                                    DEFENDANTS

### JUDGMENT

Consistent with the Order that was entered on this date, it is CONSIDERED,

ORDERED, and ADJUDGED that this case is DISMISSED without prejudice.

IT IS SO ADJUDGED this 1st day of November, 2023.

_____
UNITED STATES DISTRICT JUDGE